



_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
               COUNSEL/PARTIES OF RECORD

JUN - 2 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1   JASON M. FRIERSON
    United States Attorney
2   District of Nevada
    Nevada Bar Number 7709
3   KIMBERLY M. FRAYN
    Assistant United States Attorney
4   JACOB H. OPERSKALSKI
    Assistant United States Attorney
5   Nevada Bar Number 14746
    501 Las Vegas Boulevard South, Suite 1100
6   Las Vegas, Nevada 89101
    Telephone: (702) 388-6336
7   Facsimile: (702) 388-6418
    Kimberly.Frayn@usdoj.gov
8
    *Representing the United States of America*
9
                    UNITED STATES DISTRICT COURT
10                       DISTRICT OF NEVADA

11  | IN THE MATTER OF THE SEARCH OF: | Case No. 2:18-mj-303-GWF |
12  | | **Motion to Unseal** |
    | 2700 Las Vegas Boulevard, South, #2704, | |
13  | Las Vegas, Nevada 89109 | (Under Seal) |
    | County of Clark, State of Nevada | |
14  | IN THE MATTER OF THE SEARCH OF: | Case No. 2:18-mj-304-GWF |
15  | | **Motion to Unseal** |
    | 2018 Toyota Yaris Vehicle | |
16  | Bearing Nevada License Plate "059B42" | (Under Seal) |
17  | | |

18                         <u>**MOTION TO UNSEAL**</u>

19      The government, by and through its attorneys, JASON M. FRIERSON, United

20  States Attorney, District of Nevada, and Kimberly M. Frayn, and Jacob H. Operskalski,

21  Assistant United States Attorneys, represent to the Court that on or about March 12, 2018,

22  the Honorable Magistrate Judge George Foley, Jr. issued search warrants in case numbers

23  2:18-mj-303-GWF and 2:18-mj-304-GWF, allowing the search of a residence and a vehicle

24  related to an investigation being conducted by the Federal Bureau of Investigation (FBI)

1   concerning suspected violations of federal laws. On or about the same date, the Court

2   placed the affidavit in support of these search warrants under seal until further order of the

3   Court to protect the integrity of the ongoing investigation. Subsequently, the warrants were

4   executed.

5         Defendant Berk Eratay is charged by Indictment in Vermont for his role in a

6   murder-for-hire conspiracy that resulted in death, in violation of 18 U.S.C. § 1958. He was

7   arrested in Las Vegas. On or about May 31, 2022, he was detained pending his transport to

8   Vermont to answer those charges in case number 2:22-mj-00433-VCF. He has requested an

9   identity hearing, which is currently set for June 3, 2022. Counsel for the defendant have

10   requested discovery in connection with the upcoming identity hearing. A protective order

11   was issued by the Court on June 1, 2022, to permit limited discovery production relative to

12   the identity hearing. 2:22-mj-00433-VCF, ECF 16. The search warrants and their sealed

13   supporting affidavit are relevant to a witness that the government intends to have testify in

14   the identity hearing and relate to the murder-for-hire investigation. The government seeks

15   permission to produce the search warrants and their supporting affidavit to defense counsel

16   for defendant Eratay, which is allowed under the protective order, 2:22-mj-00433-VCF,

17   ECF 16.

18   ///

19   ///

20   ///

21

22

23

24

1    Accordingly, the government moves that this Court order the unsealing of the

2  affidavit supporting the search warrants in case numbers 2:18-mj-303-GWF and 2:18-mj-

3  304-GWF so that the government can produce the search warrants and their supporting

4  affidavit to the defense in anticipation of the identity hearing. Once unsealed and

5  produced, these documents will be subject to the protective order, 2:22-mj-00433-VCF,

6  ECF 16.

7    DATED:    This 2nd day of June, 2022.

8

9                        Respectfully submitted,

10                       JASON M. FRIERSON
                         United States Attorney

11
                          _/s/ Kimberly M. Frayn_____
12                        KIMBERLY M. FRAYN
                          JACOB H. OPERSKALSKI
13                        Assistant United States Attorneys

14

15    DATED:    This 2nd day of June, 2022.

16

17    IT IS SO ORDERED.

18

19                       HONORABLE ELAYNA J. YOUCHAH
                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

3